DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASON D. ALLEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-803

[May 30, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 10-7738CF10A.

Jason D. Allen, Crawfordville, pro se, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***